# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form7instructions.pdf

**9th Cir. Case Number(s)** 22-56009

**Case Name** Reintegrative Therapy Association, Inc.; Dr. Joseph Nicolosi v. David J. Kinitz; Travis Salway

**Counsel submitting this form** Adam R. Fox; Marisol Mork; Hannah J. Makinde

**Represented party/parties** Defendants-Appellants David J. Kinitz and Travis Salway

*Briefly describe the dispute that gave rise to this lawsuit.*

Defendants-Appellants David J. Kinitz and Dr. Travis Salway (collectively, "Defendants-Appellants") co-authored a peer-reviewed article titled The Scope and Nature of Sexual Orientation and Gender Identity and Expression Change Efforts: A Systemic Review Protocol (the "Article"). The Article, published online, incudes a the following sentence: "'Conversion therapy,' sometimes referred to as 'reparative therapy,' 'reintegrative therapy,' or 'reorientation therapy' refers to a set of pseudo-scientific, discredited practices that aim to deny and suppress sexual orientations, gender identities, and/or gender expressions of sexual and gender minorities."

Plaintiffs-Appellees Reintegrative Therapy Association, Inc. and Dr. Joseph Nicolosi Jr. (collectively, "Plaintiffs-Appellees") allege that this single, passing reference to "reintegrative therapy" created an actionable defamation of Reintegrative Therapy Association, Inc. and its founder, Dr. Joseph Nicolosi.

Plaintiffs-Appellees brought suit against Defendants-Appellants for defamation per se, seeking both money damages and injunctive relief.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** Rev. 9/01/22

*Briefly describe the result below and the main issues on appeal.*

Defendants-Appellants filed motions to dismiss and anti-SLAPP motions to strike, which were fully briefed before the District Court. On September 26, 2022, the District Court granted both motions to dismiss for lack of personal jurisdiction. The District Court denied all other motions, including the anti-SLAPP motions, as moot.

The issue on appeal is whether the District Court erred in denying the anti-SLAPP motions as moot because California's anti-SLAPP statute entitles prevailing parties to attorneys' fees and Defendants-Appellants are the prevailing parties.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

N/A

**Signature** /s/ Adam Fox **Date** 11/4/2022
*(use* "s/[typed name]" *to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 9/01/22*