FILED

AUG 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

REINTEGRATIVE THERAPY ASSOCIATION, INC., a California Corporation; JOSEPH NICOLOSI, Jr., an individual,

Plaintiffs-Appellees,

v.

DAVID J. KINITZ, an individual; TRAVIS SALWAY, an individual,

Defendants-Appellants.

No. 22-56009

D.C. No.
3:21-cv-01297-BEN-BLM
Southern District of California,
San Diego

ORDER

Before: W. FLETCHER and MENDOZA, Circuit Judges, and SCHREIER, District Judge*.

The panel has unanimously voted to deny the petition for panel rehearing. Judge Mendoza votes to deny the petition for rehearing en banc, and Judges W. Fletcher and Schreier recommend denying the petition for panel rehearing en banc. The full court has been advised of the petition and no judge has requested a vote on whether to rehear this matter en banc. Fed. R. App. P. 40. The petition for rehearing en banc (Dkt. No. 63) is **DENIED**.

---

* The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota, sitting by designation.